IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| American Alliance for Equal Rights, | : |
| Plaintiff, | : |
| v. | : Civ. No. 1:24-cv-01142-GBW |
| Jopwell, Inc., | : |
| Defendant. | : |

**STIPULATION OF DISMISSAL**

Per Rule 41(a)(1)(A)(ii), the parties stipulate to the following:

1. Defendant, Jopwell, is a recruiting platform that helps job candidates secure employment at its partner companies. Plaintiff, the American Alliance for Equal Rights, filed this suit on October 15, 2024, alleging that Jopwell violates 42 U.S.C. §1981 by considering race when determining who can register on its platform and use its services. *See* Dkt.1.

2. As of October 14, 2024, Jopwell's website stated that its platform "represent[s] and advance[s] careers for Black, Latinx, and Native American students and professionals." *Jopwell.com*, perma.cc/JW7P-9PVF. The website also stated that Jopwell "exclusively supports" job candidates from those racial groups. *Partner With Us*, perma.cc/P594-6QLG. Other pages made similar statements. *E.g.*, *FAQs – Joining Jopwell*, perma.cc/J9AW-CJ22 (Question: "Am I eligible to join Jopwell?" Answer: "Jopwell is a platform for Black, Latinx, and Native American" candidates.); *FAQs – About Jopwell*, perma.cc/H3GS-N7BY (the platform is "designed specifically" for those racial groups).

3. As of October 14, 2024, Jopwell's registration page asked candidates to provide their "race/ethnicity." *Join the Jopwell Community*, perma.cc/5QGS-KMVU. If a candidate

1

answered that she is black, Latinx, or Native American, she was given a prompt inviting her to join as a "member," with full access to "job opportunities" and Jopwell's other services. *Id.*; *see also Member Registration Page* (archived Nov. 19, 2024), perma.cc/55Y7-NDJ2. But if a candidate answered that she is from another racial group, or opted not to provide her race, she was invited to join "as an ally advisor" to Black, Latinx, and Native American" candidates. *Join the Jopwell Community*, perma.cc/5QGS-KMVU. The website stated that allies did not "have access" to "the entirety of the Jopwell platform." *Ally Registration Page*, perma.cc/4Q98-XRL3.

4. According to Jopwell's counsel, Jopwell does not (and will not) limit the availability or functionality of its platform based on a candidate's race or ethnicity. Candidates of every race and ethnicity can register on the platform as a "member," and Jopwell's platforms and services are equally available to members of all races and ethnicities. Jopwell does not consider race or ethnicity when deciding which members' profiles it will share with partner companies.

5. Also according to Jopwell's counsel, Jopwell's partner companies cannot see a candidate's race or ethnicity when they search for potential employees or receive applications through Jopwell's platform. Jopwell does not make hiring decisions or evaluate candidates for its clients. Instead, it shares candidate profiles with its clients who want to broaden the pool of candidates they are considering for a position.

6. Jopwell will revise language on its website stating that its services are exclusive to candidates who are black, Latinx, or Native American, and will clarify that everyone can use its services equally, regardless of race. Those statements include the following, as well as any other statements that are materially similar:

    a. Jopwell will revise statements that it "represent[s] and advance[s] careers for Black, Latinx, and Native American students and professionals," *Jopwell.com*,

perma.cc/JW7P-9PVF; *About Jopwell*, perma.cc/4Y7E-KWAV, to instead say that Jopwell "represents and advances careers for all students and professionals, including those who identify as Black, Latinx, and Native American."

b. Jopwell will revise statements that it "connect[s] Black, Latinx, and Native American students and professionals with the nation's leading employers, *Partner With Us*, perma.cc/P594-6QLG, to instead say that "Jopwell connects a diverse community of students and professionals with the nation's leading employers."

c. Jopwell will remove statements that it "exclusively supports Black, Latinx, and Native American talent," *id.*

d. Jopwell will modify its FAQs—which currently say that "Black, Latinx, and Native American students and professionals" are "eligible" to join the platform, and that the platform is "designed specifically" for those groups—to state instead that candidates of all racial groups are eligible to join the Jopwell platform. *See FAQs – Joining Jopwell*, perma.cc/J9AW-CJ22; *FAQs – About Jopwell*, perma.cc/H3GS-N7BY.

e. Jopwell will revise the "About Jopwell" information on its Facebook page, which currently states that Jopwell "connect[s] Black, Latino/Hispanic, and Native American students and professionals with top companies" and "enables partner companies to search and recruit from a pipeline of talented candidates from ethnic minority backgrounds," *Facebook – About Jopwell*, perma.cc/42DF-NEYP, to instead say that "Jopwell connects a diverse community of students and professionals with top companies" and "enables partner companies to search and recruit from a diverse pipeline of talented candidates."

7.      Jopwell will add language to its registration website clarifying that providing race and ethnicity information is purely voluntary and explaining that whether or how a registrant answers the race/ethnicity question will have no effect on his or her ability to register for Jopwell's services. Jopwell will continue to not provide data about members' race or ethnicity to its customers or third parties.

8.      Jopwell will eliminate the "ally advisors" portion of its registration portal. It will modify the registration process to cease redirecting candidates to separate forms depending on which option they select for "race/ethnicity." *See Join the Jopwell Community*, perma.cc/5QGS-KMVU. Instead, all candidates will complete the same registration process. Jopwell will eliminate language stating that some users do not "have access" to "the entirety of the Jopwell platform." *Ally Registration Page*, perma.cc/4Q98-XRL3.

9.      This case is hereby dismissed. Both sides will pay their own attorney's fees and costs.

Dated: December 18, 2024

**OFFIT KURMAN, P.A.**

*/s/ Anthony Delcollo*
Anthony Delcollo (DE# 5688)
Thomas H. Kramer (DE# 6171)
Michael K. DeSantis (DE# 4847)
Roopa Sabesan (DE# 5951)
222 Delaware Avenue, Suite 1105
Wilmington, DE 19801
(302) 351-0900
adelcollo@offitkurman.com
tom.kramer@offitkurman.com
michael.desantis@offitkurman.com
roopa.sabesan@offitkurman.com

**CONSOVOY MCCARTHY PLLC**

Thomas R. McCarthy
Cameron T. Norris
R. Gabriel Anderson
Paul R. Draper
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
tom@consovoymccarthy.com
cam@consovoymccarthy.com
gabe@consovoymccarthy.com
paul@consovoymccarthy.com

*Counsel for Plaintiff*

Respectfully submitted,

**MORGAN, LEWIS, & BOCKIUS LLP**

*/s/ Jody C. Barillare*
Jody C. Barillare (#5107)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
 (302) 574-3000
jody.barillare@morganlewis.com

**GIBSON DUNN & CRUTCHER**

Jason C. Schwartz
1700 M. Street, N.W.
Washington, D.C. 20036
(202) 955-8500
jschwartz@gibsondunn.com

Gregg J. Costa
811 Main Street, Suite 3000
Houston, TX 77002
(346) 718-6600
gcosta@gibsondunn.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I e-filed this stipulation, which will email everyone requiring service.

Dated: December 18, 2024                                             */s/ Thomas H. Kramer*

4925-0488-9096, v. 1